UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CESAR GONZALEZ GUZMAN,
JONATHAN HERNANDEZ, MICHAEL
RODRIGUEZ, and SAMUEL LOPEZ
MONTALVO,

    Plaintiffs,

  -against-

SAN REMOS GROUP ONE, LLC (D/B/A
SAN REMO CAFÉ), VAL CITY LOUNGE
LLC (D/B/A SAN REMO CAFÉ),
BENJAMIN KOTLER, VALERIY
EVDOKIMOV, EDWARD M BILOWICH,
and ILIAS SARRAS,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

18cv1446

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

  This Court has reviewed the settlement agreement (ECF No. 89) and finds it to be fair and reasonable under Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015).  The Clerk of Court is directed to mark this case as closed.

Dated:  February 28, 2019
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.